UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:24-cv-00717-DDP-SP | | Date | July 22, 2024 |
|---|---|---|---|---|
| Title | ALICIA NICOLE BROMLEY v. MARTIN O'MALLEY, Commissioner of Social Security Administration | | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     **(In Chambers) Order to Show Cause Why Pro Hac Vice Application Should Not Be Denied for Failure to Comply With Local Rule 83-2.1.3.4**

On May 17, 2024, plaintiff filed an application for Tiffany Lauren Ours to appear in this case pro hac vice. Docket no. 6. The application designated Nikhil Agharkar as local counsel. A notice of deficiency issued by the court the same day pointed out a failure by the applicant to list the state bars where she is admitted. Plaintiff responded on June 5, 2024 by filing an amended application. Docket no. 9.

The amended application corrects the failure to list the state bars of admission, and attaches certificates of good standing for those state bars. The court notes that the amended application, like the original application, still appears to inadvertently omit Ms. Ours' last name in one spot on the first page of the application; however, her full name is listed elsewhere.

But critically, there is an additional defect the court did not previously identify. Local Rule 83-2.1.3.4 requires that designated local counsel maintain an office in the Central District of California for the practice of law, where the attorney is physically present on a regular basis. Mr. Agharkar declares under penalty of perjury that he maintains such an office in this district, but the application lists his office as being in Sacramento. Thus, the court questions whether Mr. Agharkar does maintain an office in this district.

Accordingly, the court hereby issues this Order to plaintiff to Show Cause in writing not later than **August 5, 2024** why the pro hac vice application should not be denied for failure to designate local counsel with an office on this district. If Mr.

| CV-90 (06/04) | **CIVIL MINUTES - GENERAL** | Page 1 of 2 |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:24-cv-00717-DDP-SP | | Date | July 22, 2024 |
|---|---|---|---|---|
| Title | ALICIA NICOLE BROMLEY v. MARTIN O'MALLEY, Commissioner of Social Security Administration | | | |

Agharkar does in fact maintain an office in this district from which he regularly practices, this office should be identified in the response to this order. Plaintiff may also discharge the Order to Show Cause by filing, not later than August 5, 2024, an amended pro hac vice application that corrects this issue.