E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (415) 977-8928
Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALICIA NICOLE BROMLEY,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 8:24-cv-00717-SP<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: October 3, 2024     
_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE