TIFFANY LAUREN OURS
930 South Pine Street
Spartanburg, SC 29302
Telephone: (864) 582-7882
tiffanyours@carolinadisabilities.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALICIA NICOLE BROMLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 8:24-cv-00717-SP<br><br>ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of EqualAccess to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees (with no expenses) in the amount of $3,060.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: January 9, 2025        _____

HONORABLE SHERI PYM

UNITED STATES MAGISTRATE JUDGE

Stip. EAJA Fees                Page 1